Civil- (Dec-2008)

HONORABLE: Sarala V. Nagala
DEPUTY CLERK M. Bozek    RPTR/ECRO/TAPE RPTR: Denae Hovland
TOTAL TIME: ___ hours 58 minutes
DATE: 5/19/2022    START TIME: 10:02 AM    END TIME: 11:00 AM
LUNCH RECESS    FROM: ___    TO: ___
RECESS (if more than ½ hr)    FROM: ___    TO: ___

CIVIL NO. 3:21-cv-01258-SVN

Blejewski                                             Jason M. Leviton and Jordan Porter
                                                      Plaintiff's Counsel
vs
All Things BBQ, Inc.                                  Sarah B. Christie
                                                      Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..#18____ Motion to Dismiss ____    ☐ granted ☐ denied ☑ advisement
☐ …..#____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… Hearing continued until ____ at ____

Notes: Attorney Porter is directed to file a notice of appearance. The parties are to submit supplemental briefing.